1  Sanford Jay Rosen, State Bar No. 62566
   Maria V. Morris, State Bar No. 223903
2  Lori E. Rifkin, State Bar No. 244081
   ROSEN, BIEN & GALVAN, LLP
3  315 Montgomery Street, Tenth Floor
   San Francisco, CA 94104
4  Telephone: (415) 433-6830
   Facsimile:  (415) 433-7104
5
6  Attorneys for Plaintiffs

7  (Additional Counsel for Plaintiffs on the following page)

8
9              UNITED STATES DISTRICT COURT
10            NORTHERN DISTRICT OF CALIFORNIA
11                 SAN FRANCISCO DIVISION

12 |                                          | Case Nos. C 08-1190-SI, C 08-1184-SI
13 | CLAUDE BRYANT, et al.,                   | STIPULATION OF SUBSTITUTION
   | On behalf of themselves and all employees | OF COUNSEL FOR PLAINTIFFS AND
14 | similarly situated,                      | NOTICE OF APPEARANCE OF NEW
   |                                          | COUNSEL
15 |        Plaintiffs,                       |
16 | v.                                       |
17 | SERVICE CORPORATION                      |
   | INTERNATIONAL, et al.,                   |
18 |                                          |
   |        Defendants.                       |
19 |                                          |
20 |                                          |
21 | WILLIAM HELM, et al. On behalf of        |
   | themselves and all employees similarly   |
22 | situated,                                |
   |        Plaintiffs,                       |
23 | v.                                       |
24 | ALDERWOODS GROUP, INC., et al.           |
25 |        Defendants.                       |

26     PLEASE TAKE NOTICE that Plaintiffs in both of the above-referenced matters hereby
27 substitute one of their counsel and attorneys of record as in this matter as follows:
28 Former Counsel:    Rosen, Bien and Galvan, LLP

STIP OF SUBSTITUTION OF COUNSEL FOR    1    Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

|   |   |   |
|---|---|---|
| 1 | | Sanford Jay Rosen |
|   | | Maria V. Morris |
|   | | Lori E. Rifkin |
| 2 | | 315 Montgomery Street, Tenth Floor |
|   | | San Francisco, CA 94104 |
| 3 | | (415) 433-6830 |
| 4 | New Counsel: | Burnham Brown |
|   | | Robert M. Bodzin |
| 5 | | P.O. Box 119 |
|   | | Oakland, California 94604-0119 |
| 6 | | (510) 444-6800 |

PLEASE TAKE FURTHER NOTICE that the firms of DOLIN, THOMAS & SOLOMON LLP and MARGOLIS EDELSTEIN remain as counsel of record for Plaintiffs

DATED: October 23, 2008

ROSEN, BIEN & GALVAN, LLP

By _____
Sanford Jay Rosen, State Bar No. 62566
Maria V. Morris, State Bar No. 223903
Lori E. Rifkin, State Bar No. 244081

315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: (415) 433-6830

DATED: October 23, 2008

BURNHAM BROWN

By _____
Robert M. Bodzin, State Bar No. 201327
P.O. Box 119
Oakland, CA 94604-0119
Telephone: (510) 444-6800

1. Additional Counsel for Plaintiffs
2. J. Nelson Thomas, NY Attorney No. 2579159
   Patrick J. Solomon, NY Attorney No. 2716660
3. Annette Gifford, NY Attorney No. 4105870
   DOLIN, THOMAS & SOLOMON LLP
4. 693 East Avenue
   Rochester, NY 14607
5. Telephone: (585) 272-0540
   Facsimile: (585) 272-0574
6.
   Charles H. Saul, PA State Bar No. 19938
7. MARGOLIS EDELSTEIN
   525 William Penn Place, Suite 3300
8. Pittsburgh, PA 15219
   Telephone: (412) 281-4256
9. Facsimile: (412) 642-2380
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.
26.
27.
28.

STIP OF SUBSTITUTION OF COUNSEL FOR   4   Case Nos. C 08-1190-SI, C 08-1184-SI
PLTF AND NOT OF APP OF NEW COUNSEL

10/23/2008 14:06 FAX 415 433 7104    ROSEN BIEN GALVAN                                   ☒005
Oct-14-08  09:19am  From-BURNHAM BROWN           +510 835 6666         T-016  P.005/006  F-164

Case 3:08-cv-01190-SI    Document 104    Filed 10/24/2008    Page 4 of 4

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION |
| 2 | IT IS SO ORDERED |
| 3 | DATED: October ___, 2008 |

*[Signature: Susan Illston]*

HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT