1  STEVEN H. GURNEE, ESQ. SB# 66056
   DAVID M. DANIELS, ESQ. SB# 170315
2  NICHOLAS P. FORESTIERE, SB# 125118
   GURNEE & DANIELS LLP
3  2240 Douglas Boulevard, Suite 150
   Roseville, CA  95661-3805
4  Telephone     (916) 797-3100
   Facsimile     (916) 797-3131
5
   Attorneys for Defendants
6
   ALDERWOODS GROUP, INC., PAUL
7  HOUSTON, SERVICE CORPORATION
   INTERNATIONAL, SCI FUNERAL AND
8  CEMETERY PURCHASING COOPERATIVE,
   INC., SCI EASTERN MARKET SUPPORT
9  CENTER, L.P., SCI WESTERN MARKET
   SUPPORT CENTER, L.P. and SCI HOUSTON
10 MARKET SUPPORT CENTER, L.P.

11

12

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15

16  WILLIAM HELM, et al., on behalf of        )   CASE NO.  3:08-cv-01184  SI
    themselves and all other employees and former )
17  employees similarly situated,             )
                                              )   [PROPOSED] ORDER CONTINUING
18                                            )   HEARING ON MOTIONS TO DISMISS
                      Plaintiffs,             )   AND SCHEDULING MOTION TO
19         vs.                                )   COMPEL
                                              )
20  ALDERWOODS GROUP, INC. et al.            )
                                              )
21                                            )
                      Defendants.             )
22                                            )
                                              )
23  _____      )

24         Pursuant to the Joint Report of the parties and good cause appearing, the Court orders as

25  follows:

26         1.      The Court will hear argument on Plaintiffs' Motion to Compel on March 20, 2009,

27  and Plaintiffs' Motion to Compel shall be due not less than 35 days prior to the hearing date,

28  [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
    SCHEDULING MOTION TO COMPEL                                              1
    Case No.:  3:08-CV-01184 SI

1    Defendant's opposition shall be due not less than 21 days before the hearing date, and Plaintiffs'

2    reply shall be due not less than 14 days before the hearing date.

3            2.      The hearing on Defendants' Motions to Dismiss and the Further Case Management

4    Conference shall be continued to a date to be determined by the Court at the March 20, 2009

5    hearing on Plaintiffs' Motion to Compel.

6

7    **IT IS SO ORDERED:**

8                                                        _____

9                                                            The Honorable Susan Illston

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   [PROPOSED] ORDER CONTINUING HEARING ON MOTIONS TO DISMISS AND
     SCHEDULING MOTION TO COMPEL                                                    2
     Case No.:  3:08-CV-01184 SI