1  BURNHAM BROWN
   Robert M. Bodzin, State Bar No. 201327
2  P.O. Box 119
   Oakland, CA 94604
3  Telephone: (510) 835-6833
   Facsimile:  (510) 835-6666
4  rbodzin@BurnhamBrown.com

5  Attorneys for Plaintiffs

6  [Additional Counsel Appear on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>            Plaintiffs,<br>vs.<br><br>ALDERWOODS GROUP, INC.,<br><br>            Defendant. | CASE NO.  3:08-CV-01184 SI<br><br>**[PROPOSED] ORDER PERMITTING TELEPHONIC APPEARANCES AT CASE MANAGEMENT CONFERENCE** |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. Plaintiffs and Defendant shall attend the Case Management Conference set for **February 18, 2011 at 3:00 p.m** by telephonic appearance.

IT IS SO ORDERED:

2/11/11

*Susan Illston* (signature)

———————————————————
Honorable Susan Illston
United States District Court

AGREED TO:

By: /s/ Sarah Cressman
    J. Nelson Thomas (*pro hac vice*)
    Patrick J. Solomon (*pro hac vice*)
    Annette Gifford (*pro hac vice*)
    Sarah Cressman (*pro hac vice*)
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice pending*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs

By: /s/ John A. Mason
    Steven H. Gurnee
    David M. Daniels
    John A. Mason
    GURNEE & DANIELS LLP
    2240 Douglas Blvd, Suite 150
    Roseville, CA 95648
    Telephone: 916-797-3100
    Facsimile: 916-797-3131

    Counsel for Defendant