1   BURNHAM BROWN
    Robert M. Bodzin, State Bar No. 201327
2   P.O. Box 119
    Oakland, CA 94604
3   Telephone: (510) 835-6833
    Facsimile:  (510) 835-6666
4   rbodzin@BurnhamBrown.com

5   Attorneys for Plaintiffs

6   [Additional Counsel Appear on Signature Page]

7

8                        UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10

11  WILLIAM HELM, DEBORAH PRISE,        )   **CASE NO.  3:08-CV-01184 SI**
    HEATHER P. RADY, et al., on behalf of )
12  themselves and all other employees and former )
    employees similarly situated,        )
13                                       )   [~~PROPOSED~~] **ORDER CONTINUING**
                      Plaintiffs,        )   **HEARING DATE**
14                                       )
    v.                                   )
15                                       )
    ALDERWOODS GROUP, INC.,              )
16                                       )
                      Defendant.         )
17                                       )
                                         )
18                                       )
                                         )
19  _____    )

20       Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as

21  follows:

22       1.    The motion hearing date for Defendant's Renewed Motion to Sever Misjoined

23  Plaintiffs Pursuant to FRCP 21 shall be continued to **July 15, 2011 at 9:00 a.m.**

24

25

26

27

28

     [PROPOSED] ORDER CONTINUING HEARING DATE                                    1

     Case No.:  3:08-CV-01184 SI

**IT IS SO ORDERED:**

6/3/11

_Susan Illston_

Honorable Susan Illston
United States District Court

**AGREED TO:**

Dated: June 2, 2011

By: /s/ J. Nelson Thomas
    J. Nelson Thomas (*pro hac vice*)
    Patrick J. Solomon (*pro hac vice*)
    Annette Gifford (*pro hac vice*)
    THOMAS & SOLOMON LLP
    693 East Avenue
    Rochester, NY 14607
    Telephone: 585-272-0540
    Facsimile: 585-272-0574

    Robert M. Bodzin, State Bar No. 201327
    BURNHAM BROWN
    P.O. Box 119
    Oakland, CA 94604
    Telephone: (510) 835-6833
    Facsimile: (510) 835-6666

    Charles H. Saul (*pro hac vice*)
    Liberty J. Weyandt (*pro hac vice*)
    Kyle T. McGee (*pro hac vice*)
    MARGOLIS EDELSTEIN
    525 William Penn Place
    Suite 3300
    Pittsburgh, PA 15219
    Telephone: 412-281-4256
    Facsimile: 412-642-2380

    Counsel for Plaintiffs

By: /s/ Nicholas P. Foresteiere
    Steven H. Gurnee
    Nicholas P. Forestiere
    John A. Mason
    GURNEE & DANIELS LLP
    2240 Douglas Blvd, Suite 150
    Roseville, CA 95648
    Telephone: 916-797-3100
    Facsimile: 916-797-3131

    Counsel for Defendant