STEVEN H. GURNEE, ESQ. SB# 66056
NICHOLAS P. FORESTIERE, ESQ. SB#125118
JOHN A. MASON, ESQ. SB# 166996
GURNEE & DANIELS LLP
2240 Douglas Boulevard, Suite 150
Roseville, CA 95661-3805
Telephone    (916) 797-3100
Facsimile    (916) 797-3131

Attorneys for Defendants
ALDERWOODS GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM HELM, DEBORAH PRISE, HEATHER P. RADY, et al., on behalf of themselves and all other employees and former employees similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALDERWOODS GROUP, INC.,<br><br>Defendants. | No. CV 08-01184 SI<br><br>[~~PROPOSED~~] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE |

Pursuant to the Stipulation of counsel and good cause appearing, the Court hereby orders as follows:

1. The date for the further Case Management Conference in this matter, previously set for July 15, 2011, is continued to **September 23, 2011 at 3:00 p.m.**

////

////

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**   1
Case No.: CV 08-01184 SI

**IT IS SO ORDERED:**

Dated: 7/25/11

_/s/ Susan Illston_
Honorable Susan Illston
United States District Court

---

**STIPULATION AND [PROPOSED] ORDER CONTINUING DATE FOR CASE MANAGEMENT CONFERENCE**
Case No.: CV 08-01184 SI

2